UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:17 CR 148 RLW |
| ) | |
| DEMAGIO SMITH, ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING MODIFICATION OF CONDITIONS OF RELEASE

After being advised that the Pretrial Services Office has no objection to the subject motion that the conditions of pretrial release for defendant DEMAGIO SMITH be amended (ECF No. 40) as set forth below,

**IT IS HEREBY ORDERED** that the motion of defendant DEMAGIO SMITH to modify his Conditions of Release (ECF No. 40) to allow him to travel outside this district to East St. Louis, Illinois, **is granted, so that he may visit with his father who resides in that area and so that he may participate in mixed martial arts training, all as supervised by the Pretrial Services Office of this district.**

Defendant remains subject to all other conditions of release imposed on him.


/s/ David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on May 10, 2017.